## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jorge Alejandro Rojas
                    Plaintiff,

v.                                          Case No.: 1:21–cv–04663
                                            Honorable Jorge L. Alonso

Pelican Investment Holdings Group, LLC., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 30, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Plaintiff's consent motion to vacate deadlines related to Plaintiff's amended complaint and set deadline for second amended complaint [23] is granted. The previously set deadlines [22] are stricken. Plaintiff's second amended complaint shall be filed by 12/13/21. Defendant shall answer or otherwise respond by 1/12/22. Defendants Pelican Investment Holdings Group, LLC, d/b/a AAP, Autoguard Advantage Corporation and Dimension Service Corporation's motion to dismiss Plaintiff's first amended complaint [25] is denied without prejudice. Telephonic status hearing previously set for 12/9/21 is stricken and reset to 1/28/22 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 888–808–6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.