# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC. d/b/a AAP, AUTOGUARD ADVANTAGE CORPORATION, DIMENSION SERVICE CORPORATION, TRINITY AUTO SERVICES, LLC., INTEGRITY ADMIN GROUP, INC., and SING FOR SERVICE, LLC, d/b/a MEPCO.,<br><br>*Defendants*. | Case No. 1:21-cv-04663<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Harjani<br><br>**NOTICE REGARDING SETTLEMENT AS TO INTEGRITY ADMIN GROUP, INC.** |

PLEASE TAKE NOTICE that Plaintiff, Jorge Alejandro Rojas, and Defendant Integrity Admin Group, Inc., ("Integrity") have reached an agreement in principle to settle this action. Counsel for Defendant Integrity and Plaintiff are in the process of preparing and executing a settlement agreement. At that time, the claims against Integrity will be dismissed with prejudice, and the agreement covers no other Defendant in this action. Counsel for Integrity and Plaintiff anticipate completing the agreement within the next twenty-one (21) days.

Dated: January 3, 2022

Respectfully Submitted,

/s/ *Jorge Alejandro Rojas*
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## **CERTIFICATE OF SERVICE**

I certify that I have served all parties not receiving CM/ECF notifications in this action with a copy of this filing. Defendant Integrity Admin Group and Mepco will be e-mailed a copy to their counsel. Defendant Trinity Auto Services, LLC., will be sent a copy of this motion by the undersigned via regular mail to their registered agent, on January 3, 2022.

*/s/ Jorge Alejandro Rojas*