UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:21-cv-04663

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC. d/b/a AAP, AUTOGUARD ADVANTAGE CORPORATION, DIMENSION SERVICE CORPORATION, TRINITY AUTO SERVICES, LLC., INTEGRITY ADMIN GROUP, INC., and SING FOR SERVICE, LLC, d/b/a MEPCO.,<br><br>    Defendants. | |

## NOTICE OF PENDING SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, JORGE ALEJANDRO ROJAS ("Plaintiff"), and Defendants, PELICAN INVESTMENT HOLDINGS GROUP, LLC, D/B/A AAP, AUTOGUARD ADVANTAGE CORPORATION, DIMENSION SERVICE CORPORATION, TRINITY AUTO SERVICES, LLC., and SING FOR SERVICE, LLC, d/b/a MEPCO ("Settling Defendants"), have reached a settlement in the above-captioned action. The Parties are in the process of finalizing the settlement documents and anticipate filing appropriate dismissal documents once the settlement documents are finalized and executed. Plaintiff and Settling Defendants, therefore, respectfully requests thirty (30) days in order to complete settlement documents and notify this honorable Court of dismissal and for all hearings and deadlines to be stayed (**and that the hearing at 9:30AM on January 6, 2022 be cancelled**).

Dated: January 5, 2022

Respectfully submitted,

By: /s/ *Jorge Alejandro Rojas*  
    Jorge Alejandro Rojas  
    557 Cambridge Way  
    Bolingbrook, IL 60440  
    Rojas.jorge96@gmail.com  
    424-219-1582  

    Plaintiff in *Pro Se*

By: /s/ *Jason S. Weiss*  
    Jason S. Weiss  
    Florida Bar No. 356890  
    **WEISS LAW GROUP, P.A.**  
    5531 N. University Drive  
    Suite 103  
    Coral Springs, FL 33067  
    Tel: (954) 573-2800  
    Fax: (954) 573-2798  
    Jason@jswlawyer.com  

    *Attorney for Defendants Pelican Investment Holdings Group, LLC., d/b/a AAP, Autoguard Advantage Corporation, and Dimension Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system with service on all parties. Defendant Trinity Auto Services will be sent a copy of this filing via regular mail to its registered agent. Defendants Integrity Admin Group, Inc., and Sing for Service, d/b/a MEPCO, will be sent a copy of this filing via e-mail to their counsel.

    By: /s/ *Jorge Alejandro Rojas*