IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC. d/b/a AAP, AUTOGUARD ADVANTAGE CORPORATION, DIMENSION SERVICE CORPORATION, TRINITY AUTO SERVICES, LLC., INTEGRITY ADMIN GROUP, INC., and SING FOR SERVICE, LLC, d/b/a MEPCO.,<br><br>*Defendants*. | Case No. 1:21-cv-04663<br><br>Judge Jorge L. Alonso<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT INTEGRITY ADMIN GROUP, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff, Jorge Alejandro Rojas, voluntary dismisses his claims against Defendant Integrity Admin Group, Inc., with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). All claims of Plaintiff against Defendant Integrity Admin Group, Inc., are hereby dismissed with prejudice.

DATED: January 11, 2022

/s/ *Jorge A. Rojas*

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was served upon all parties which do not receive automatic notice of filings in this case. Defendant Trinity Auto Services, LLC was sent a copy via regular U.S. mail on January 11, 2022 to its registered agent. Defendants Integrity Admin Group, Inc and Sing for Service, LLC will be sent a copy of this filing via e-mail to their counsel.

/s/ *Jorge A. Rojas*
Jorge Alejandro Rojas