IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>PELICAN INVESTMENT HOLDINGS GROUP, LLC. d/b/a AAP,<br>AUTOGUARD ADVANTAGE CORPORATION,<br>DIMENSION SERVICE CORPORATION,<br>TRINITY AUTO SERVICES, LLC.,<br>INTEGRITY ADMIN GROUP, INC., and<br>SING FOR SERVICE, LLC, d/b/a MEPCO.,<br><br>*Defendants*. | Case No. 1:21-cv-04663<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Harjani<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntary dismisses this action with prejudice, as to all Defendants.

Respectfully submitted,

Dated: January 26, 2022

/s/ *Jorge Alejandro Rojas*
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

1

2

## **CERTIFICATE OF SERVICE**

    I certify that I have served all parties not receiving CM/ECF notifications in this action with a copy of this filing. Defendant Mepco will be e-mailed a copy to their counsel. Defendant Trinity Auto Services, LLC., will be sent a copy of this motion by the undersigned via regular mail to their registered agent, on January 26, 2022.

*/s/ Jorge Alejandro Rojas*

.