# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jorge Alejandro Rojas

                                                                                                 Plaintiff,

v.                                                                                               Case No.: 1:21−cv−04663
                                                                                              Honorable Jorge L. Alonso

Pelican Investment Holdings Group, LLC., et al.

                                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 27, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: A notice of voluntary dismissal has been filed. This case is dismissed with prejudice. Telephonic status hearing set for 1/28/22 is stricken. Defendant's notice of withdrawal of attorney [17] is granted. Attorney Helen Marie Mac Murray is given leave to withdraw as counsel for Defendant. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.